THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMANUEL JACKSON, Appellant.

*People* v. *Jackson*, 175 App. Div. 929, affirmed.
(Argued May 14, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1916, which affirmed a judgment of the Court of Special Sessions of the city or New York convicting the defendant of having sold stock transfer tax stamps issued by the state comptroller without having obtained the written consent of that official, in violation of section 271a of the Stock Transfer Tax Law (Cons. Laws, chap. 60, as amd. by L. 1913, ch. 811, in effect Nov. 14, 1913).

*Aaron William Levy* for appellant.

*Edward Swann, District Attorney (Robert S. Johnstone* and *Leonard J. Obermeier* of counsel); for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.